George Beraka, M.D., Plaintiff-Respondent,
against
Danielle Biton and Crystal Biton, Defendants-Appellants.



Defendants appeal from an order of the Civil Court of the City of New York, New York County (Anthony Cannataro, J.), entered September 29, 2016, which denied their motion, in effect, to reargue a prior order of the same court (Karen S. Smith, J.), dated January 5, 2004, which struck the answer of defendant Crystal Biton and dismissed her counterclaims.




Per Curiam.
Appeal from order (Anthony Cannataro, J.), entered September 29, 2016, dismissed, without costs. 
Defendants' underlying motion, denominated as one to vacate a prior order which dismissed the counterclaims some 13 years ago, sought the same relief as was sought by defendants in numerous prior motions, which were all denied by Civil Court, two of which were affirmed by this Court (Beraka v Biton, 27 Misc 3d 136[A], 2010 NY Slip Op 50854[U] [App Term, 1st Dept 2010]). Thus, this application was nothing more than a motion to reargue, the denial of which is not appealable (see Menkes v Delikat, __ AD3d __, 2017 NY Slip Op 01657 [1st Dept 2017]). We also note the lower court's directive that appellant may not make any further applications without prior Court approval.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: April 10, 2017